David M. Reeder, Esq. (California State Bar No. 133150)
Reeder Law Corporation
1880 Century Park East, Suite 1200
Los Angeles, CA 90067
Phone (310) 557-8911
Fax    (310) 557-0380
Email:  david@reederlaw.com

Attorneys for Watersong Apartments, L.P.,
Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>WATERSONG APARTMENTS, L.P.<br><br>a Delaware Limited Partnership<br><br>Debtor-in-Possession. | Case No.: 11-05632-11<br><br>[Chapter 11]<br><br>**DECLARATION OF RICHARD GELBART IN SUPPORT OF THE REPLY OF WATERSONG APARTMENTS, L. P. TO THE OBJECTION OF ONE WEST BANK TO THE FIRST AMENDED DISCLOSURE STATEMENT DESCRIBING THE DEBTOR-IN-POSSESSION'S FIRST AMENDED PLAN OF REORGANIZATION**<br><br>**Disclosure Statement Hearing:**<br>Date:   January 5, 2012<br>Time: 11:00 a.m.<br>Hearing room: Dept. 2<br>Judge: Hon. Louise DeCarl Adler |

I, Richard Gelbart, hereby declare as follows:

1

1.  I am over the age of 18 years. I have personal knowledge of the matters attested to in this declaration and if called upon to do so could and would competently testify thereto.

2.  I am the president of Barry C. Nussbaum Company Inc. dba BNC Real Estate (hereinafter "BNC"). BNC is the management company regarding Watersong Apartments, L.P., (the "Watersong"), the Debtor-in-Possession in the chapter 11 bankruptcy case pending before the United States Bankruptcy Court for the Southern District of California entitled <u>In re Watersong Apartments, L.P.</u>, Case No. 11-05632-LA11. I make this declaration in support of the approval of the First Amended Disclosure Statement (the "Amended Disclosure Statement") filed by Watersong.

3.  BNC has, over the last 22-years, purchased, managed, improved, and sold over 10,000 apartment units in the Texas market. We are very familiar the upgrade and sale process which we intend to carry out regarding the Watersong Condominiums.

5.  I am involved, on an ongoing basis, with project planning, financing, and management of the Debtor-in-Possession. I have personal knowledge regarding the Debor-in-Possession's operations, and it's plans for paying upgrading and selling the Watersong Condominiums, in order to pay off the loan owed to One West Bank, as well as it's other creditors, through a chapter 11 plan of reorganization.

6.  The Watersong Condominiums consist of 250 separately registered, titled and separately saleable condominium units with separate addresses, including 14645 Las Flores Drive, Dallas, Texas 75254, separate parcel numbers and legal descriptions. The 250 number does not include the 10 condominium units that were already sold prior the filing of the bankruptcy case.

**The Sale, in Phases, of the Watersong Condominiums**

7.  Watersong Villas (also referred to herein as the "Watersong Condominiums") is a 260-unit condominium community located in North Dallas area of Dallas, Texas. The Watersong Villas are located within the Richardson Independent School District. The district receives the State of Texas' top ranking for academics consistently. The property is located on Coit Road, only two miles from the main artery for the city, Loop 635. Across the street from Watersong Villa Apartments is a newly renovated shopping center. The shopping center includes such businesses as Jason's Deli, Starbucks Café, Marble Slab Creamery, and various other businesses, the presence of which enhances the ultimate saleability of the Watersong Condominiums.. The center is anchored by Whole Foods Market. Chase Bank and Wells Fargo Bank, Black-eyed Pea Restaurant and a Kroger and Fiesta Food Store are within walking distance.

8.  Previous to filing its chapter 11 case, Watersong established a track record in upgrading and re-selling the Watersong Villas by selling 10 upgraded units. These sales resulted in the release of the lien of La Jolla Bank's, the predecessor to One West Bank, the 10 units and a total payment of approximately $500,000 in principal on the secured obligation. Watersong presently owns and operates the remaining 250 condominiums as a leased apartment community.

9.  Attached to the Amended Disclosure Statement as Exhibit "B" is a Cash and Repayments Schedule, Exhibit B, including detailed topic schedules, which includes an overview of the financial data regarding the Watersong Condominiums.

10. Attached to the Amended Disclosure Statement as Exhibit "C" (Gross Revenue from Sales), is a pro forma showing that Watersong Condominiums, when sold individually as a condominium units, would result in realized revenues of $17,600,000 or $70,400 per unit in 3 years. The sale prices are based on the square footage of the units, as determined by the experience real estate broker engaged by Watersong, who is referred to more in detail below. The condominium sale prices range from $53,900 to $70,900 per unit. There is a 3% sale price escalation factor beginning in 3rd quarter of the first year, based on the upward trend in values in the Dallas-Fort Worth real estate market.

3

11. The inventory of saleable units, and the price escalation calculations, are set out in the "Roll-up Sheet" which is attached to the Amended Disclosure Statement Exhibit A. The "Roll-up Sheet" is a summary of inventory of the inventory of condominium units, anticipated price escalations by both percentage and amount, release amounts to be paid to One West Bank upon the sale of each unit, renovation costs per unit, scheduled rents per unit, real property tax estimates per unit, and insurance cost estimates per unit.

12. The debtor will obtain a $500,000 priming loan to begin the refurbishing and upgrade process. The lender of the priming loan, Redwood Venture, will be paid interest on the unpaid balance in the amount of 14% per annum, simple interest. The priming loan will call for the payment of payments of $5,833 or $17,500 per quarter. See, Amortization Schedule re Priming Loan which is attached to the Amended Disclosure Statement at Exhibit "D". Principal payments in the amount of $62,500 will being 12 months after the Effective Date of the Plan, and will continue for 24 months until the loan is paid.

13. The priming loan and the $550,000 in cash collateral (available cash in DIP account, specially segregated by Watersong) will be defined as the project's working capital.

14. The 2011 real estate taxes are estimated to be $150,000 and will be due on January 31, 2012. The 2012-2013 insurance premiums will be due March 31, 2012 in the amount of $74,000. These expenditures will be deducted from the project's working capital on the appropriate due date.

15. The condominium renovation plan will commence upon plan confirmation and receipt of the priming loan. Units in Phase I and II will be taken out of service immediately. As a phase is taken out of service, the rental income for those units ceases. Project expenses will also decrease at a prorated amount each quarter, based on the number of units sold. A projected operations cash flow is attached to the Amended Disclosure Statement as Exhibit "F". Operation cash flow from the remaining leased apartment units will flow into the project's pro forma cash flow and will be utilized for debt service, release provision and renovations. See, Cash and Repayments at Exhibit "B" to the Amended Disclosure Statement.

16. Watersong intends to pay down the One West secured claim by releasing to One West specific amounts upon the close of escrow regarding the sale of each unit with the release

amount being credited to the principal balance of One West's Claim. Release amounts range from $32,000 to $42,000 per unit and are based on the square footage of the units sold. The release prices are identified in the Release Amounts table on the second page of the Roll-Up Sheet (Exhbit "A") and the Release Schedule which is attached to the Amended Disclosure Statement as Exhibit "I". The principal balance of One West's Claim will be paid in full at the end of 36 months.

17. Subsequent to plan confirmation, Watersong will make monthly interest payments to One West, based on One West's allowed secured claim of $8,100,000. The interest will accrue at 6.50% per annum with a monthly payment of $43,875 or $131,625 per quarter, as set out in the First Lien Amortization Schedule which is attached to the Amended Disclosure Statement as Exhibit E. The monthly payment will be calculated on the unpaid principal balance, and factoring in the quarterly principal pay down through the sale of units and the payment to One West of the release amounts upon each sale.

18. Renovation will take approximately 90 days to complete for each phase. The interior renovations will consist of new replacement and upgrades as follows: cabinet upgrades, appliance packages, kitchen and bath vanities, tub and tile, carpet and vinyl and AC unit. An Interior Remodeling Budget is attached to the Amended Disclosure Statement as Exhibit "G". Remodeling costs will range from $16,048 to $22,338 per unit based on the square footage of the unit. Total interior remodeling costs will be $5,066,639. <u>See,</u> Development Expenses at Exhibit "J" to the Amended Disclosure Statement. Each phase is estimated to sell out within 90 days after completion of the renovations.

19. Watersong will be carefully arranging the upgrading process to begin along the Coit Road exterior of the project, and will only upgrade and refurbish units which are contiguous. The is in order not to disrupt the balance of the project and the tenants, and to quell any fears of One West that Watersong would "break" the project by scattering the upgrading and refurbishing throughout the project. Condominium projects broken into multiple phases can pose several additional issues, primarily related to the desire to operate unsold portions of these projects as apartment units outside the jurisdiction of a homeowners association. The

debtor has planned to conversion in phases, in order for it to be fluid, and avoid disruption. A Phase Map is attached to the Amended Disclosure Statement as Exhibit H.

20. Major capital expenditures are budgeted to begin shortly after the Effective Date, and continue for 36 months. In addition to the upgrading of the interiors of the units, the exterior stucco will be repaired and painted. Landscaping, car ports, lighting in the trees and the phone system will be upgraded. The pool, fence, plumbing and balconies will be repaired. The tennis courts will be converted into a park with benches, picnic tables and grills. The project will receive all new roofs. Development Expenses, set out in detail at Exhibit "J", shows the expenses for the $1,286,225 exterior and common area upgrading.

21. Total project development expenses are estimated at $7,430,910. Development costs will consist of interior remodeling expense, $5,066,639; community remodel expense, $1,286,225; commissions, $875,146; sales and marketing expenses, $127,900 and other development costs of $75,000. See, Development Expenses at Exhibit "J".

22. Regarding the marketing of the newly upgraded and refurbished units, Andy Bearden, who previously worked with Ebby Halliday for 25 years and is a leader in the Dallas Fort Worth real estate market, will oversee the sales and marketing aspect. The debtor will pay a 5% commission to the selling agency.

23. Barry S. Nussbaum Company Inc. dba BNC Real Estate ("BNC") will continue to manage Watersong Villas during the conversion and sell-out period. BNC's operating agreement, asset management agreement and partnership agreement will remain in effect. BNC will be paid pursuant to each of these documents by the debtor.

24. The fees charged by BNC consist of a property management fee of 4% of gross rents, and asset administration fee of 2% of gross rents.

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed this 30th day of December, 2011, at Solana Beach, California.

    /s/ Richard Gelbart
RICHARD GELBART

6

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                              **9013-3.1**

7